UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**        CASE NO.:_____

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: LAKS, IRA ALAN

Last Four Digits of SS# XXX-XX-7867

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.   $ __273.49__ for months __1__ to __60__ ;
- B.   $_____ for months _____ to _____ ;
- C.   $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee  $__3,500.00__  TOTAL PAID $ _2,506.00_ .
                   Balance Due     $__944.00__    payable $__236.00__ month (Months __1__ to __4__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1._____   Arrearage on Petition Date $ _____
Address _____   Arrears Payment  $_____/month (Months _____ to _____)
        _____   Regular Payment  $_____/month (Months _____ to _____)
Loan # _____   Arrears Payment  $_____/month (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Pay-Off Amount | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____   Total Due $_____ .
                        Payable   $_____/month (Months _____ to _____)

Unsecured Creditors: Pay $_12.62_ month (Months __1__ to __4__) ; Pay $_248.62_ month (Months __5__ to __60__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Debtor is current on all payments for his homestead property located at 18775 127th Drive North, Jupiter, FL 33478 which is secured by the Palm Beach County Tax Collector. The Debtor is also current on his 2008 Ford F250 which is secured by Ford Motor Credit (*6337).


_____/s/_____
Brian J. Cohen, Esq.

Date: __February 8, 2010__

LF-31(rev. 8/01/06)